AO 241
(Rev. 01/15)

**FILED**
JAMES J. VILT, JR. - CLERK

AUG 26 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western Dist Kentucky |
|---|---|

| Name (under which you were convicted): Jeffery Carpenter | Docket or Case No.: |
|---|---|

| Place of Confinement: Luther Luckett Correctional Complex | Prisoner No.: 095017 |
|---|---|

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

Jeffery Carpenter     v.     Warden Amy Robey

The Attorney General of the State of: Daniel Cameron - Ky

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Butler Circuit Court
   Morgantown Ky 42261

   (b) Criminal docket or case number (if you know): 00-CR-042

2. (a) Date of the judgment of conviction (if you know): February 12, 2003

   (b) Date of sentencing: April 17, 2003

3. Length of sentence: 15 Fifteen yrs

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: sexual abuse — Persistent Felony offender 1st degree

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty         ☐ (4) Insanity plea

AO 241 (Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Ky Court of Appeals
(b) Docket or case number (if you know): 2003-CA-1005
(c) Result: Affirmed
(d) Date of result (if you know): 6/10/2005
(e) Citation to the case (if you know): 2005 WL 1367210
(f) Grounds raised: Speedy Trial - Jury member worked for commonwealth Attorney That prosecuted case - and also prior Attorney who brought indictment

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court: Ky Supreme Court
(2) Docket or case number (if you know): 2005-CA-0598
(3) Result: Denied

(4) Date of result (if you know): 8/29/2005

AO 241 (Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: *Speedy Trial - Juror worked for Commonwealth Attorney that also was a County Attorney who brought Arrest warrant & signed Judges name to it*

(h) Did you file a petition for *Habeas Corpus* United States *District Court*  ☑ Yes  ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): *1:10-CV-057-TBR*

(2) Result: *Denied*

(3) Date of result (if you know): *2010*

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: *Butler Circuit Court*

(2) Docket or case number (if you know): *00-CR-042*

(3) Date of filing (if you know): *12/8/2019*

(4) Nature of the proceeding: *Motion to Vacate RCr 11.42/CR 60.02/*

(5) Grounds raised: *County Attorney Timothy Coleman signed the Judges name to Arrest warrant - Timothy Coleman then got elected as Commonwealth Attorney and prosecuted the case at Trial - Prosecutorial Misconduct during Grand Jury Proceedings - Manifest Injustice -*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: *Denied*

(8) Date of result (if you know): *January 23, 2020*

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Ky Court of Appeals

(2) Docket or case number (if you know): 2020-CA-0372-MR

(3) Date of filing (if you know): 6/8/2020

(4) Nature of the proceeding: Direct Appeal

(5) Grounds raised: Manifest Injustice - Attorney for State signed Judges name to Arrest Warrant without permission of the Judge - Depriving Trial Court of Jurisdiction to Try me - Prosecutorial Misconduct before Grand Jury - Abuse of Discretion by Trial Court due to Blanket denial of my motions

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☑ No

(7) Result: Denied/Affirmed

(8) Date of result (if you know): 7/22/2021

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Ky Supreme Court

(2) Docket or case number (if you know): 2021-SC-433

(3) Date of filing (if you know): April 6, 2022

(4) Nature of the proceeding: Motion for Discretionary Review

(5) Grounds raised: Fourth Amendment Violation - Manifest Injustice Questions of Law: Denial of Full Record Review by the Court of Appeals - Failure to review Fourth Amendment Violation - Violation of Berger v. U-S

AO 241
(Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: Denied

(8) Date of result (if you know): August 10, 2022

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No
(2) Second petition: ☑ Yes   ☐ No
(3) Third petition:  ☑ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Petitioner has received a Manifest Injustice by Ky Violating his 4th Amendment Rights Through Butler Circuit Court / Court of Appeals / Ky S.CT.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On October 10, 1999 The County attorney Tim Coleman (signed The Judges name To The Arrest Warrant) - Tim Coleman later Tried The case as Commonwealth Attorney + is now The Judge in Butler County / The Trial Court did not have any Jurisdiction To Try + convict me at Trial — The former prosecutor committed prosecutorial misconduct by Tampering w/ Grand Jury informing Them of prior unrelated dismissed sex crimes

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 01/15)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion To Vacate (11.42 RCr) (CR 60.02)

Name and location of the court where the motion or petition was filed: Butler Circuit Court Morgantown Ky 42261

Docket or case number (if you know): 00-CR-0042

Date of the court's decision: 1/23/2020

Result (attach a copy of the court's opinion or order, if available): Don't have a copy due To Transfer by D.O.C. losing records

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Ky Court of Appeals Frankfort Ky 40601

Docket or case number (if you know): 2020-CA-372

Date of the court's decision: 7/23/2021

Result (attach a copy of the court's opinion or order, if available): Affirming - Filed Petition for Rehearing denyal 9/9/21 / Denied Motion for Discretionary Review August 10, 2022

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

AO 241 (Rev. 01/15)                                                                                                                Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____
_____

(c)     **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes  ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

AO 241 (Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____
_____
_____
_____
_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

AO 241 (Rev. 01/15)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e)   **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ❑ Yes   ❑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)   **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❑ Yes   ❑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

AO 241
(Rev. 01/15)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   _____

   _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   _____

   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

   _____

   _____

   _____

AO 241 (Rev. 01/15)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: DPA

(b) At arraignment and plea: DPA

(c) At trial: DPA

(d) At sentencing: DPA

(e) On appeal: DPA

(f) In any post-conviction proceeding: DPA

(g) On appeal from any ruling against you in a post-conviction proceeding: DPA

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I have attempted to exhaust these remedies as soon as possible when I received the records showing these violations

AO 241 (Rev. 01/15)

Page 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Issuance of Writ for The Immediate release_

or any other relief to which petitioner may be entitled.

_[signature: Jeffry Caynt]_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _8/22/22_ (month, date, year).

Executed (signed) on _8/22/22_ (date).

_[signature: Jeffry Caynt]_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____

Jeff Carpenter 095017
LLCC P.O. Box 6
Labrange Ky 40031

LEGAL MAIL

FILED
JAMES J. VILT, JR. - CLERK
AUG 26 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
601 W. Broadway. Rm 106
Gene Snyder U.S. Courthouse
Louisville Ky 40202